IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CHRIS P. GUTIERREZ,<br>　　Plaintiff, | § § § | |
| v. | § § | EP-21-CV-25-DB |
| RUDOLPH CHEVROLET, LLC and<br>SOUTH DESERT COLLISION<br>CENTER, LLC,<br>　　Defendants. | § § § § § | |

## FINAL JUDGMENT

On this day this Court entered an order dismissing all claims in the above-captioned case. ECF No. 19. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this 21st day of **April 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE